AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Michael D. Jackson
V.

MGA, Inc., d/b/a Movie Gallery

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06cv01-T

TO: (Name and address of Defendant)

MGA, Inc.
CSC Lawyers Incorporating Services
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman, Attorney, P.C.
Malcolm R. Newman, Esq.
P.O. Box 6137
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
_____
CLERK

_(By) DEPUTY CLERK_

DATE   January 20, 2006

SCANNED
1.5.06

