UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHALE D. JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06 CV 00001- MHT |
| ) | |
| MGA, INC. d/b/a MOVIE ) | |
| GALLERY U.S., LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please take notice that E. Barry Johnson, in-house attorney with Movie Gallery U.S. LLC, incorrectly identified in Plaintiff's complaint as MGA, Inc., hereby enters her appearance as counsel for defendant Movie Gallery U.S. LLC Jeff Lee and John Holmes will remain of counsel in this case.

    s/ E. Barry Johnson
    E. Barry Johnson
    One of the Attorneys for Movie Gallery U.S. LLC

**OF COUNSEL:**

Movie Gallery, U.S., LLC
900 West Main Street
Dothan, Alabama 36301
Ph: (205) 702-2472
Fax: (205) 836-3755

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record by deposition in the United States mail postage prepaid and properly addressed as follows:

>Malcolm R. Newman, Esq.
>P.O. Box 6137
>Dothan, Alabama   36302


s/ E. Barry Johnson
Of Counsel