IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL D. JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:06 CV 00001-MHT |
| MGA, INC. d/b/a MOVIE GALLERY US, LLC, | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

Please take notice that on a June 7, 2006 at 10 a.m., at the Law Offices of Ramsey, Baxley & McDougle, 212 West Troy, Dothan, Alabama, Defendant will take the deposition of Plaintiff, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or other officer authorized by law to administer oaths, for the purpose of discovery, or for use as evidence, or for both purposes. Said oral examination will continue from time-to-time until completed.

_____
E. Barry Johnson
Attorney for Defendant
Movie Gallery U.S., LLC

**OF COUNSEL:**

Movie Gallery U.S., LLC
900 West Main Street
Dothan, AL 36301
Telephone: (334) 702-2472
Facsimile: (334) 836-3755

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record by deposit thereof in the United States mail postage prepaid and properly addressed as follows:

Malcolm R. Newman, Esq.<br>
P. O. Box 6137<br>
Dothan, Alabama  36302

Dated this _23_ day of May, 2006.

_____
OF COUNSEL

2