IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL JACKSON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:06CV0001-MHT |
| **MOVIE GALLERY US, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Defendant Movie Gallery, US, LLC ("Movie Gallery"), moves for summary judgment as to each of the plaintiff's claims against it on the grounds that there is no genuine issue of material fact, and that Movie Gallery is entitled to judgment as a matter of law.

In support of this motion, Movie Gallery relies on the following:

1. The pleadings in this case.
2. The deposition testimony of the plaintiff;
3. The affidavits of Leigh Ann Thornton, Heath Croom, Charles Collins, Amy Vinson and Phillip Kitchens.
4. A brief in support of Movie Gallery's position, filed contemporaneously with this motion.

As the foregoing matters affirmatively and without dispute demonstrate, Movie Gallery is entitled to summary judgment as a matter of law.

          s/E. Barry Johnson

          Attorney for Defendant
          Movie Gallery US, LLC

**OF COUNSEL:**

Movie Gallery US LLC
900 W. Main Street
Dothan, Alabama
Telephone: (344) 702-2472
Facsimile: (334) 836-3755

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

s/E. Barry Johnson
OF COUNSEL
