IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL JACKSON** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:06CV0001-MHT |
| **MOVIE GALLERY US, LLC** | ) |
| Defendant. | ) |

**DEFENDANT'S EVIDENTIARY SUBMISSION**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Movie Gallery US, LLC, files this following evidentiary materials in support of its motion for summary judgment, filed contemporaneously herewith:

| | |
|---|---|
| Exhibit A | Affidavit of Leigh Ann Thornton; |
| Exhibit B | The deposition testimony of Plaintiff Michael Jackson; |
| Exhibit C | Affidavit of Heath Croom; |
| Exhibit D | Affidavit of Charles Collins; |
| Exhibit E | Affidavit of Amy Vinson; |
| Exhibit F | Affidavit of Phillip Kitchens. |

s/E. Barry Johnson

Attorney for Defendant
Movie Gallery US, LLC

900 W. Main Street
Dothan, Alabama 35301
Telephone: (334) 702-2472
Facsimile: (334) 836-3755

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Malcolm R. Newman
Malcolm R. Newman, PC
P.O. Box 6137
Dothan, AL 36302-6137


                                              s/E. Barry Johnson
                                              OF COUNSEL