# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL D. JACKSON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:06 CV 00001-MHT |
| | ) |
| **MGA, INC. d/b/a MOVIE** | ) |
| **GALLERY U.S., LLC** | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF LEIGH ANN THORNTON

1. My name is Leigh Ann Thornton. I am over the age of twenty-one (21) years and I have personal knowledge of the matters contained herein. I swear under the penalty of perjury that the matters contained herein are true and correct.

2. I am employed as the Human Resources Processing Manager at Movie Gallery US, LLC and, as such, am the custodian of records for HR documents stored at Dothan's corporate office. I have reviewed the HR files related to Michael Jackson's employment.

3. Michael Jackson was hired by Movie Gallery on April 20, 1998 as a part-time Customer Service Associate ("CSA") at a pay rate of $5.15 an hour at Store No. 299 in Quincy, Florida reporting to store manager ("SM") Issac Randolph (African American).

4. On September 21, 1998, Jackson received a raise to $5.35 an hour.

5. On September 15, 1999, Jackson voluntarily resigned.

6. On November 25, 1999, Jackson was rehired as a part-time CSA at Store 299 making $5.15 an hour.

7. On February 20, 2000, Jackson was terminated for insubordination for reopening an account of a customer who had stolen two movies despite specific instructions to the contrary.

8. On December 13, 2001, Jackson was rehired as a part-time Customer Service Associate ("CSA") at Store 0023 in Troy, Alabama reporting to reporting to Valerie Poole. (African American).

9. On March 18, 2002, Jackson was promoted to a part-time Senior CSA position making $5.25 an hour.

10. On June 1, 2002, Jackson took a leave of absence for military service, but returned from leave to Store 0023 on July 24, 2002.

11. On March 17, 2003, Jackson received a raise to $5.35 an hour.

12. On June 27, 2003, Jackson resigned for military training.

13. On August 4, 2003, Jackson was rehired as a SCSA reporting to Poole making $5.35 an hour.

FURTHER THE AFFIANT SAYETH NOT.

_____
LEIGH ANN THORNTON

Sworn to and subscribed before me
On this the 14th day of August 2006.

_____
Notary Public
My Commission Expires: 2-17-09

[NOTARY SEAL]