UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL D. JACKSON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:06 CV 00001- MHT |
| | ) |
| **MGA, INC. d/b/a MOVIE** | ) |
| **GALLERY U.S., LLC** | ) |
| | ) |
| **Defendant.** | ) |

**AFFIDAVIT OF CHARLES COLLINS**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF HOUSTON** | ) |

1. My name is Charles ("Bo") Collins. I am over the age of twenty-one (21) years and I have personal knowledge of the matters contained herein. I swear under the penalty of perjury that the matters contained herein are true and correct.

2. I am employed the Director of LP Investigations and Collections at Movie Gallery US, LLC.

3. On or about January 4, 2005, Michael Jackson contacted me while I was working in Georgia because he could not pay for meals or lodging because his corporate American Express card had not been paid.

4. As a result, I met Jackson in Commerce, Georgia, where he used my corporate American Express card to pay for food and lodging.

FURTHER THE AFFIANT SAYETH NOT.

_____

Sworn to and subscribed before me
On this the 1st day of August 2006


[NOTARY SEAL]
_____
Notary Public
My Commission Expires: 7/30/09