# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL D. JACKSON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:06 CV 00001- MHT |
| | ) |
| **MGA, INC. d/b/a MOVIE** | ) |
| **GALLERY U.S., LLC** | ) |
| | ) |
| **Defendant.** | ) |

## AFFIDAVIT OF AMY VINSON

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF HOUSTON** | ) |

1. My name is Amy Vinson. I am over the age of twenty-one (21) years and I have personal knowledge of the matters contained herein. I swear under the penalty of perjury that the matters contained herein are true and correct.

2. I am employed as Senior Recruiting and Retention Manager. In this position, I am responsible for the posting of corporate positions and am the custodian of records for such positions and applications received for such positions.

3. On March 21, 2005, a job posting for the position of Director of Game Zone/Trade Zone was posted. Game Zone is a "store within a store" found in some Movie Gallery locations that sells, purchases, trades and rents new and used video games.

4. A true and correct copy of the job description is attached as Exhibit A.

5. As Exhibit A states, the Game Zone Director position was designed to oversee training and other aspect of the Game Zone operation and required 1) two to three years of supervisory experience at the District Manger level or above; and 2) either a) a bachelor's degree or b) two to three years of experience with game or new product operations.

6. The position was eliminated after Movie Gallery acquired Hollywood Entertainment Corporation in April 2005 and was never filled.

FURTHER THE AFFIANT SAYETH NOT.

*Amy J Dixon*

Sworn to and subscribed before me
On this the 1st day of August 2006
[NOTARY SEAL]
*Martha F. Compton*
Notary Public
My Commission Expires: 7/30/09

# JOB OPPORTUNITY

**DATE:** March 21, 2005
**TO:** All Movie Gallery Associates
**FROM:** Amy Vinson, Recruiting & Retention Manager
**RE:** Job Opportunity – Director Game Zone / Trade Zone Operations

*For Immediate Internal Posting*
We are seeking qualified candidates from existing associates and management for immediate fill of **Director Game Zone / Trade Zone Operations.** This position will be based in the Support Center and will report to the Executive Vice President and Chief Operating Officer.

*Essential Duties and Responsibilities:*
- Assists and supports Store Operations in ensuring all field & store management staff and associates are thoroughly and properly trained in all aspects of Game Zone operations, and ensures best practices are being shared among regions & districts with Game/Trade Zone locations
- Monitors and analyzes financial performance of each Game Zone location and assists in developing action plans for under-performing locations
- Works with Support Operations to develop and evaluate effective training tools to be utilized in Game Zone locations
- Works with Zone VP's, Region, and District Managers to assist in understanding challenges and intricacies in the game/trading business and how best to mesh the operations with our core business operations so both function as a single, profitable unit
- Oversees all operational aspects of opening new Game Zone locations
- Works with recruiters & DM's to ensure qualified candidates are being sourced for new locations
- Works with various groups within the Support Center to ensure Game Zone effort is being supported
- Understands the demographics and site selection process for new Game Zone locations; recommends new sites
- Is intimately involved in the gaming & trading industry; knows and understands our competition and market threats, collects best practices from competitors and adapts to Movie Gallery's concept as necessary, develops competitive action plans specific to Game & Trade Zone locations
- Develops revenue generating promotions, trains field management to execute, measures success of promotions

*A successful candidate shall:*
- Have a Bachelor's degree (B. A.) from four-year college or university; or 2-3 years related retail experience related to game or new product operations and marketing and/or training, or equivalent combination of education and experience.
- Have 2-3 years supervisory experience at the DM level or above
- Have a working knowledge of Microsoft Office suite
- Be willing to travel (50% travel)

Please submit resumes and/or applications and your supervisor's recommendation to the Support Center, to the attention of Amy Vinson, Recruiting & Retention Manager. Documentation must be received no later than March 28, 2005, if you wish to be considered.

Please remove this posting on March 28, 2005.