IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL D. JACKSON,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv0001-MHT |
| | ) | |
| **MGA, INC., doing business as Movie Gallery,** | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 10) is set for submission, without oral argument, on September 1, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 18th day of August, 2006.

                               /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE