# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL D. JACKSON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO.: 1:06 CV 001-MHT** |
| | ) |
| **MGA, INC. d/b/a** | ) |
| **MOVIE GALLERY, INC.** | ) |
| | ) |
| **Defendant** | ) |

## <u>NOTICE OF INTENT TO FILE</u>
## <u>STIPULATION FOR DISMISSAL</u>

Comes now the Plaintiff, Michael Jackson, and pursuant to Rule 41 (a) (1) F.R. Civ. R. gives Notice that he will seek to file a Stipulation for Dismissal of this action once he secures the Defendant's Consent.

Malcolm R. Newman, Attorney, PC

<u>/s/ Malcolm R. Newman</u>
Malcolm R. Newman (NEW017)
P.O. Box 6137
Dothan, Alabama 36302
(334)792-2132
ASB-2826-M39M

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 01, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffery A. Lee, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

John B. Holmes
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

E. Barry Johnson
Movie Gallery, U.S., LLC
900 West Main Street
Dothan, Alabama 36301

/s/ Malcolm R. Newman
Malcolm R. Newman