IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL D. JACKSON,** )<br>)<br>     Plaintiff,                    )<br>                                         )<br>     v.                                 )<br>                                         )<br>**MGA, INC., doing business** )<br>**as Movie Gallery,**            )<br>                                         )<br>     Defendant.                   ) | CIVIL ACTION NO.<br>1:06cv0001-MHT |

ORDER

Upon consideration of plaintiff's notice of intent (Doc. No. 14), it is ORDERED that defendant show cause, if any there be, in writing by September 15, 2006, as why this cause should not be dismissed pursuant to Fed.R.Civ.P. 41(a).

DONE, this the 11th day of September, 2006.

                    /s/ Myron H. Thompson
            **UNITED STATES DISTRICT JUDGE**