IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv0001-MHT |
| | ) | (WO) |
| MGA, INC., doing business as Movie Gallery, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

There being no objection, it is the ORDER, JUDGMENT, and DECREE of the court that, pursuant to plaintiff's notice of intent (doc. no. 14), that this cause is dismissed pursuant to Fed.R.Civ.P. 41(a).

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of September, 2006.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE